UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NICK KOUDIS,**

      **Plaintiff,**

vs.                                           Case No. 8:19-cv-154-T-36CPT

**WEIGHT CRAFTERS, LLC,**

      **Defendant.**
_____/

**DEFENDANT, WEIGHT CRAFTERS, LLC'S MOTION TO
DISMISS PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Defendant, Weight Crafters, LLC, hereby files its Motion to Dismiss Plaintiff, Nick Koudis' January 22, 2019 Complaint for Copyright Infringement, pursuant to Fed.R.Civ.P. 12(b)(2) and Fed.R.Civ.P. 12(b)(6). The grounds for this motion are as follows:

**PLAINTIFF'S COMPLAINT FAILS TO PROPERLY ALLEGE
PERSONAL JURISDICTION PURSUANT TO FED.R.CIV.P. 12(B)(2)**

Plaintiff's Complaint for Copyright Infringement fails to establish personal jurisdiction over Defendant, Weight Crafters, LLC, pursuant to Fed.R.Civ.P. 12(b)(2). Weight Crafters, LLC is a Delaware Corporation. Plaintiff's Complaint is inadequate to establish personal jurisdiction in this Court. The Complaint merely claims bare assertions without supporting factual evidence. *See Complaint*, paragraph 8.

Plaintiff fails to support its claim of personal jurisdiction beyond naked assertions. *Daimler AG v. Bauman*, 571 U.S. 117, 127 (2014) (merely registering as a foreign entity is not sufficient to establish personal jurisdiction). Contrary to Paragraph 9 of the

Complaint, Weight Crafters, LLC is a Delaware corporation. *See attached* Exhibit A, Delaware Certification and Exhibit B, Delaware Division of Corporations. Furthermore, Plaintiff fails to provide any factual basis for the allegation that the alleged infringement occurred in this district. Accordingly, the Complaint fails to establish personal jurisdiction over Weight Crafters, LLC.

### PLAINTIFF'S COMPLAINT FAILS TO ALLEGE A CAUSE OF ACTION UPON WHICH RELIEF CAN BE GRANTED

Pursuant to Fed.R.Civ.P. 12(b)(6), "a party may assert the following defenses by motion: … (6) failure to state a claim upon which relief can be granted." Neither a "formulaic recitation of the elements of a cause of action" nor "naked assertions [of fact] devoid of further factual enhancement" is sufficient to withstand dismissal. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Due to Plaintiff's failure to properly allege personal jurisdiction, the Complaint does not state a claim from which this Court can grant relief.

WHEREFORE, Defendant, Weight Crafters, LLC requests that the Court dismiss Nick Koudis' Complaint for Copyright Infringement.

### 6CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Joel B. Rothman, Esquire –     joel.rothman@sriplaw.com

Alexander C. Cohen, Esquire –     alex.cohen@sriplaw.com

Ana Moretto Esquire –     ana.moretto@sriplaw.com

/s/ Steven R. Schooley, Esq.
STEVEN R. SCHOOLEY, ESQ.
Florida Bar No. 656577
The Schooley Law Firm
108 Hillcrest Street
Orlando, Florida 32801
sschooley@schooleylawfirm.com
atobin@schooleylawfirm.com
cschooley@schooleylawfirm.com
dtodd@schooleylawfirm.com
Telephone:     (407) 377-6300
Facsimile:     (407) 377-6036

Attorney for Defendant,
Weight Crafters, LLC

# EXHIBIT A

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "WEIGHT CRAFTERS, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-FOURTH DAY OF FEBRUARY, A.D. 2014.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE NOT BEEN ASSESSED TO DATE.

5470473   8300

140213746

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 1156777

DATE: 02-24-14

# EXHIBIT B

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

Logout

**Department of State: Division of Corporations**

Allowable Characters

- HOME
- About Agency
- Secretary's Letter
- Newsroom
- Frequent Questions
- Related Links
- Contact Us
- Office Location

- SERVICES
- Pay Taxes
- File UCC's
- Delaware Laws Online
- Name Reservation
- Entity Search
- Status
- Validate Certificate
- Customer Service Survey

- INFORMATION
- Corporate Forms
- Corporate Fees
- UCC Forms and Fees
- Taxes
- Expedited Services
- Service of Process
- Registered Agents
- GetCorporate Status
- Submitting a Request
- How to Form a New Business Entity
- Certifications, Apostilles & Authentication of Documents

View Search Results

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 5470473 | Incorporation Date / Formation Date: | 1/23/2014 (mm/dd/yyyy) |
| Entity Name: | WEIGHT CRAFTERS, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | Good Standing | Status Date: | 7/13/2015 |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | UNITED STATES CORPORATION AGENTS, INC. | | |
| Address: | 300 DELAWARE AVE STE 210-A | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-777-0538 | | |

Back to Entity Search | Email Status

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov